**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIERRIE WAYNE JONES**

**V.**                               **4:05CR00101-01-WRW**

**UNITED STATES OF AMERICA**

**ORDER**

Pending is Petitioner's Motions to Vacate Under 28 U.S.C. § 2255 (Doc. No. 61).

**I. BACKGROUND**

On June 20, 2007 Tierrie Wayne Jones pled guilty to Count 1 of possession of a firearm by a convicted felon.[1] Mr. Jones was sentenced on November 13, 2007, to 180 months in prison, four years supervised release, and a special assessment of $100.[2] The judgment was entered on November 14, 2007.[3] Mr. Jones filed a motion to vacate under 28 U.S.C. § 2255 on June 6, 2009, in the United States District Court for the Western District of Missouri.[4] Because Mr. Jones was sentenced in the Eastern District of Arkansas, the case was transferred to this Court for further Proceedings.[5]

**II. DISCUSSION**

A one year statute of limitations is provided under 28 U.S.C. § 2255(f)(1) from the date that the judgment becomes final until the motion can be filed. An un-appealed criminal

---

[1] Doc. No. 52.

[2] Doc. No. 57.

[3] Doc. No. 58.

[4] Doc. No. 61.

[5] Doc. No. 60.

judgment becomes final, for purposes of calculating the one-year period, specified under 28 U.S.C. § 2255, when the ten-day period for filing a notice of appeal expires.[6] Because Mr. Jones filed no direct appeal to the Eighth Circuit Court of Appeals, the statute of limitations for Mr. Jones's motion began to run on November 26, 2007,[7] and expired on November 26, 2008. Petitioner's motion is dated June 5, 2009, 191 days after the statute of limitations expired. Additionally, Petitioner's motion failed to establish any facts that would warrant equitable tolling.[8]

## CONCLUSION

Since it was filed after the expiration of limitations provisions of § 2255, Petitioner's Motions to Vacate Under 28 U.S.C. § 2255 (Doc. No. 61) is DENIED.

IT IS SO ORDERED this 14th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[6] *Anjulo-Lopez v. United States*, 541 F.3d 814, 816 (8th Cir. 2008).

[7] November 24, 2007, fell on Saturday.

[8] *Finch v. Miller*, 491 F.3d 424, 428 (8th Cir. 2007).