IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIERRIE WAYNE JONES**

v.                              4:05CR00101-WRW-1

**UNITED STATES OF AMERICA**

## ORDER

Pending is Petitioner's pro se Motion for Certificate of Appealability (Doc. No. 67).

The standard for evaluating a certificate of appealability petition is established in 28 U.S.C. § 2253(c)(2): "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." The Eighth Circuit has explained that "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings."[1]

Since Petitioner has not made a substantial showing of the denial of any constitutional right, the Motion for Certificate of Appealability is DENIED.

Also pending is Petitioner's Second Motion to Vacate under § 2255 (Doc. No. 69). Petitioner's first § 2255 motion was denied on July 14, 2009.[2] As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255 requires that all successive § 2255 motions be certified by the appropriate court of appeals before they are considered by the district

---

[1] *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).

[2] Doc. No. 62.

courts. Because Petitioner failed to obtain certification from the Eighth Circuit Court of Appeals, his motion must be dismissed for lack of jurisdiction.[3]

All other pending motions in this case are DENIED as MOOT.

IT IS SO ORDERED this 14th day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[3]*Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).